IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

H. KYLE FLETCHER, ESQUIRE,

      Appellant,

 v.

Case No. 5D21-1845
LT Case No. 2014-CP-002772

DOUGLAS ARTHUR KEEGAN,

      Appellee.

_____/

Decision filed July 12, 2022

Appeal from the Circuit Court
for Orange County,
Leticia J. Marques, Judge.

H. Kyle Fletcher, Jr., of Fletcher Law
Firm, P.A., Oviedo, pro se.

Douglas Arthur Keegan, Sanford,
pro se.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., and EISNAUGLE, J., concur.
EDWARDS, J., concurs specially, with opinion.

EDWARDS, J., concurring specially. 5D21-1845
LT Case No. 2014-CP-002772

I concur in affirming the underlying order but do so without prejudice for Appellee to pursue all appropriate remedies, including against Appellant.